UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RAYMOND HAROLD KIMBLE, III**               **CIVIL ACTION**

**VERSUS**                                   **NO. 19-13078**

**JOSEPH P. LOPINTO, III, ET AL.**           **SECTION: "A"(1)**

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim upon which relief may be granted.

August 6, 2020

_____
UNITED STATES DISTRICT JUDGE